| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:18CR00036-1 SNLJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 20-cr-30062-NJR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joseph Thomas <br><br> Saint Louis, Missouri 63136 | Eastern District of Missouri | Eastern Division <br> St. Louis, MO |
| | NAME OF SENTENCING JUDGE <br> The Honorable Stephen N. Limbaugh Jr. <br> United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: September 5, 2019 — TO: September 4, 2023 |

OFFENSE: Counts 1 and 2: Willfully Making and Subscribing a False Income Tax Return

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-17-20
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 18, 2020
Effective Date

*signature: Nancy J. Rosenstengel*
United States District Judge